# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CELESTE WOOLEY, as Widow of the Decedent and as Personal Representative of the ESTATE OF VICTOR WOOLEY, and as Guardian and Next friend of Angelica Wooley, Isabella Wooley, Michael Wooley, Victor Wooley III, and Daniel Wooley, minor children,<br><br>               Plaintiff,<br><br>   vs.<br><br>TIMOTHY A. MEDICINE HORN, JR., Employee/Agent of Clear Trucking, and CLEAR TRUCKING,<br><br>               Defendants. | 8:17CV342<br><br>ORDER |

Plaintiff has submitted a motion for leave to proceed in forma pauperis. (Filing No. 2). Upon review of the request, I will waive payment of fees and grant Plaintiff leave to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the original complaint and accompanying pleadings without prepayment of costs or fees.

Dated this 20th day of September, 2017.

                                              BY THE COURT:

                                              s/ Michael D. Nelson
                                              United States Magistrate Judge