IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CELESTE WOOLEY, as Widow of the Decedent and as Personal Representative of the ESTATE OF VICTOR WOOLEY, and as Guardian and Next Friend of ANGELICA WOOLEY, ISABELLA WOOLEY, Michael Wooley, VICTOR WOOLEY III, and DANIEL WOOLEY, minor children;<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY A. MEDICINE HORN JR., Employee/Agent of Clear Trucking; and CLEAR TRUCKING,<br><br>Defendants. | 8:17CV342<br><br>ORDER |

This matter is before the Court on the Notice of Conditional Settlement and Motion for Stay ([Filing No. 27](#)) filed by Defendants. The parties reached a settlement agreement following mediation held on March 23, 2018. Pursuant to Neb. Rev. Stat. § 30-810, the settlement is conditioned upon the approval of the County Court of Cheyenne County, Nebraska. Defendants request a stay in the proceedings and suspension of pretrial deadlines pending the settlement's approval. Accordingly,

**IT IS ORDERED:**

1. All pending deadlines in this case are stayed.
2. The parties shall file a joint report on or before **April 30, 2018**, and every thirty days thereafter, advising the Court on the status of the settlement's approval.

Dated this 30th day of March, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge